UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
Maria Christine Warren                              Case No. 24-24160-rmb
  Debtor.                                               Chapter 7

Maria Christine Warren
    Plaintiff,

v.

Saint Georges University, LTD
Education Investment Company, LLC
Navient Corporation, CU REVL LLC,
United States Department of Education

                                                       Adv. Proc. No. 24-2151-rmb
  Defendants

## STIPULATION BETWEEN MARIA CHRISTINE WARREN AND SAINT GEORGES UNIVERSITY, LTD TO DISCHARGE PRIVATE LOANS

It is stipulated between Plaintiff, Maria Christine Warren, and Defendant, Saint Georges University, LTD, that any private student loans owed by Maria Christine Warren to Saint Georges University, LTD are hereby discharged.

Dated: January 3, 2025

s/ Heidi N. Miller

Heidi N. Miller (WI# 1087696)                       Steven Biener
HNM Law, LLC                                              General Counsel
PO Box 26273                                                *Authorized Representative for*
Wauwatosa, WI 53226                          *Saint Georges University, LTD*
(414) 306-7000
Heidi@hnm-law.com
*Attorney for Marie Christine Warren*

Atty Heidi N. Miller
HNM Law LLC
PO Box 26273
Wauwatosa, WI 53226
P: 414-306-7000
F: 414-306-7000
E: heidi@hnm-law.com