UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
Maria Christine Warren                                    Case No. 24-24160-rmb
  Debtor.                                                 Chapter 7

---

Maria Christine Warren
  Plaintiff,

v.

Saint Georges University, LTD
Education Investment Company, LLC
Navient Corporation, CU REVL LLC,
United States Department of Education

                                                          Adv. Proc. No. 24-2151-rmb

  Defendants

---

**ORDER ON STIPULATION BETWEEN MARIA CHRISTINE WARREN AND SAINT GEORGES UNIVERSITY, LTD TO DISCHARGE PRIVATE LOANS**

---

Based upon the stipulation between Plaintiff, Maria Christine Warren, and Defendant, Saint Georges University, LTD,

IT IS ORDERED that any private student loans owed by Maria Christine Warren to Saint Georges University, LTD are hereby discharged.

Atty Heidi N. Miller
HNM Law LLC
PO Box 26273
Wauwatosa, WI 53226
P: 414-306-7000
F: 414-306-7000
E: heidi@hnm-law.com