UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:     Chapter 7

Maria Christine Warren,     Case No. 24−24160−rmb
        Debtor.

Maria Christine Warren
        Plaintiff.
   v.     Adversary No. 24−02151−rmb

Saint Georges University LTD
Education Investment Company
Navient Corporation
et al.       Defendants.

## JUDGMENT ON STIPULATION

Take notice that a judgment is hereby entered incorporating the terms of the attached Order for Judgment on Stipulation Between Maria Christine Warren and Saint Georges University, LTD.

Dated: January 8, 2025         **SEAN D. MCDERMOTT**
        Clerk of Court

        By:    Vicki L.
              Deputy Clerk