So Ordered.

Dated: January 8, 2025



_Rachel Blise_
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>    Maria Christine Warren,<br><br>        Debtor. | Case No. 24-24160-rmb<br><br>Chapter 7 |
| Maria Christine Warren,<br><br>        Plaintiff,<br><br>v.<br><br>Saint Georges University, LTD,<br>Education Investment Company, LLC,<br>Navient Corporation, CU REVL LLC,<br>United States Department of Education,<br><br>        Defendants. | Adversary No. 24-2151-rmb |

**ORDER FOR JUDGMENT ON STIPULATION BETWEEN
MARIA CHRISTINE WARREN AND SAINT GEORGES UNIVERSITY, LTD**

      Plaintiff Maria Christine Warren and defendant Saint Georges University, LTD filed a stipulation whereby Saint Georges University, LTD agreed that the Court may declare that the private student loans owed to Saint Georges University, LTD may be discharged. Based upon the parties' stipulation,

IT IS HEREBY ORDERED that any debts for private student loans owed by Maria Christine Warren to Saint Georges University, LTD are dischargeable and subject to the discharge entered on November 18, 2024 in *In re Warren*, Case No. 24-24160 (Bankr. E.D. Wis.).

IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 54(b), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7054, the Clerk shall enter judgment with respect to defendant Saint Georges University, LTD.

#####