UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Maria Christine Warren,                           Case No. 24-24160-RMB

                          Debtor.                        Chapter 7

Maria Christine Warren,
                          Plaintiff,
          vs.                                            Adversary No. 24-02151-RMB

Saint Georges University, LTD
Education Investment Company, LLC
Navient Corporation, CU REVL LLC, and
United States Department of Education,
                          Defendants.

**ORDER ON UNITED STATES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

Upon the unopposed motion of the United States of America, on behalf of the Department

of Education, seeking an order to extend the deadline to answer or otherwise respond to the

complaint in the above-captioned action for 120 days, or until August 7, 2025,

IT IS HEREBY ORDERED that the deadline for the Department of Education to answer

or otherwise respond to the complaint is extended until August 7, 2025.

#####