UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
Maria Christine Warren
Debtor.

Case No. 24-24160-rmb
Chapter 7

Maria Christine Warren
Plaintiff,

v.

Saint Georges University, LTD
Education Investment Company, LLC
Navient Corporation, CU REVL LLC,
United States Department of Education

Adv. Proc. No. 24-2151-rmb

Defendants

# DECLARATION OF MARIA CHRISTINE WARREN IN SUPPORT OF PLAINTIFF'S SUMMARY JUDGMENT MOTION

I, Marie Christine Warren, pursuant to 29 U.S.C. 1746, declare under penalty of perjury the following:

1. I am the Plaintiff in this action.

2. I obtained the loans at issue in this motion in 2008 and 2009.

3. The loans at issue in this motion originated with East West Bank. See Exhibit C.

4. Ed-Invest purchased the loans from East West Bank. See Exhibit D.

Dated this Jun 13, 2025

Atty Heidi N. Miller
HNM Law LLC
PO Box 26273
Wauwatosa, WI 53226
P: 414-306-7000
F: 414-306-7000
E: heidi@hnm-law.com

Marie Christine Warren

## Your Student Loan Payment Is Due



Hi Maria,

Your March billing statement is now available. See your snapshot below or view your account details by logging into mygreatlakes.org.

## Billing Statement
Great Lakes ID: 

CURRENT INFORMATION AS OF 02/27/2015

**Total Amount Due**
**$436.05**

Total Due By
03/16/2015

**This bill has 1 account:**
• Private Loan Account with EAST WEST BANK

pay online now

View your detailed billing statement online

Your Student Loan Tax Information Is Available



Warren 0007

EXHIBIT C



## Fwd: About Your Student Loan

Heidi Miller <heidi@hnm-law.com>

Maria Warren <mariacwarren@gmail.com>　　　　　　　　　　　Sat, Apr 19, 2025 at 11:52 PM
To: Heidi Miller <heidi@hnm-law.com>

Begin forwarded message:

> **From:** "Education Investment Company, LLC" <ddorman@ed-invest.com>
> **Date:** April 28, 2017 at 9:34:39 AM CDT
> **To:** mariacwarren@gmail.com
> **Subject: About Your Student Loan**
> **Reply-To:** ddorman@ed-invest.com



Maria C Warren
2547 S Burrell St
Milwaukee, WI. 53207

Dear Maria

This is to inform you that your private student loan account with East West Bank has been purchased by Ed-Invest. However, your account will continue to be serviced at Great Lakes, and all other terms and conditions of your student loan remain unchanged. If you have any questions regarding your private student loan account, please contact:

Great Lakes
(800) 236-4300
www.mygreatlakes.org

Ed-Invest, LLC | 33 Bassett Lane, Hyannis, MA 02601　844-819-4949

Unsubscribe mariacwarren@gmail.com
Update Profile | About our service provider
Sent by ddorman@ed-invest.com in collaboration with



EXHIBIT D

Warren 0008



Warren 0009